## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**RODNEY B. GAINES**                                                                           **PLAINTIFF**

**v.**                                                                    **CIVIL ACTION NO. 4:05CV168LR**

**WAYNE COUNTY, MISSISSIPPI, THE CITY OF
WAYNESBORO, MISSISSIPPI, SOUTH
MISSISSIPPI NARCOTICS TASK FORCE; JASON
COOK, in his official and individual capacities and
BRENT PURSELL, in his official and individual
capacities**                                                                           **DEFENDANT**

---

### ORDER

This cause comes before the court on Officer Brent Pursell's Motion for Stay Pursuant to Local Rule 16.1(B)(4). Rule 16.1(B)(4)(b) of the Uniform Local Rules for the Northern and Southern Districts of Mississippi provides

> The filing of an immunity defense motion shall stay the attorney conference
> and disclosure requirements and all discovery not related to the immunity
> issue pending the Court's ruling on the motion issue, including any appeal.

IT IS, THEREFORE, ORDERED that Officer Brent Pursell's Motion for Stay Pursuant to Local Rule 16.1(B)(4) is hereby **granted**, and this case is assigned to the suspension track.

IT IS FURTHER ORDERED that counsel for Officer Brent Pursell shall promptly notify the Magistrate Judge by letter of a decision on the immunity defense motion and shall submit an order lifting the stay, if appropriate. Within fifteen (15) days of entry of the order lifting the stay, the parties shall confer as outlined in Rule 16.1(B)(1) and comply with the required deadlines. A telephonic case management conference shall be scheduled within sixty (60) days of the lifting of the stay. The parties should notify the court by letter if within thirty (30) days of the lifting of the stay they have not received notice of the case management conference.

IT IS SO ORDERED, this 30th day of June, 2006.

s/John M. Roper
UNITED STATES MAGISTRATE JUDGE
