IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION



| | |
|---|---|
| **RODNEY B. GAINES** | **PLAINTIFF** |
| **V.** | **CIVIL ACTION NO. 4:05cv168 TSL-JMR** |
| **SOUTH MISSISSIPPI NARCOTICS TASK FORCE** | **DEFENDANT** |

### AGREED ORDER

THIS DAY, THIS CAUSE came on to be heard motion *ore tenus* that the Plaintiff, Rodney B. Gaines, and the Defendant, South Mississippi Narcotics Task Force, have agreed that Defendant, South Mississippi Narcotics Task Force, will be dismissed without prejudice from the above referenced litigation.

IT IS, THEREFORE, ORDERED that the Defendant, South Mississippi Narcotics Task Force, is hereby dismissed without prejudice from the above referenced cause.

SO ORDERED this the 3 day of Oct., A.D., 2006.

UNITED STATES MAGISTRATE JUDGE

AGREED :

__S/Glenn S. Swartzfager__
Attorney for Plaintiff

__s/Timothy M. Farris__
Attorney for Defendant, South Mississippi
Narcotics Task Force