IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**RODNEY B. GAINES**                                                                                          **PLAINTIFF**

**V.**                                                      **CIVIL ACTION NO.  4:05cv168-TSL-LRA**

**WAYNE COUNTY, MISSISSIPPI, THE CITY OF
WAYNESBORO, MISSISSIPPI, SOUTH MISSISSIPPI
NARCOTICS TASK FORCE; JASON COOK, in his official
And individual capacities; BRENT PURSELL, in his official
And individual capacities; and JOHN and JANE DOES 1-16**          **DEFENDANTS**

### AGREED ORDER DISMISSING CLAIM FOR PUNITIVE DAMAGES
### AGAINST THE CITY OF WAYNESBORO

This day this cause came on to be heard on Motion *ore tenus* of the City of Waynesboro, Mississippi, to dismiss Plaintiff's claims for punitive damages against it and, the Court having heard and considered the same, and it being made known to the Court that the Plaintiff and the City of Waynesboro, Mississippi are in agreement thereto, finds that that said motion is well taken.

IT IS, THEREFORE, ORDERED, that Plaintiff's claims for punitive damages against the City of Waynesboro, Mississippi are dismissed.

SO ORDERED, this the 14th day of March, 2007.

/S/ TOM S. LEE
UNITED   STATES   DISTRICT   JUDGE

MAGISTRATE JUDGE LINDA R. ANDERSON
Approved by:

/s/ William R. Allen
Robert O. Allen, Esq.
William R. Allen, Esq.
*Attorneys for Defendant, The City of Waynesboro, Mississippi*

/s/ Margaret Holmes
Margaret Holmes, Esq.
*Attorney for Plaintiff*