IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**RODNEY B. GAINES**             **PLAINTIFF**

**V.**             **CIVIL ACTION NO. 4:05cv168-TSL-LRA**

**WAYNE COUNTY, MISSISSIPPI, THE CITY OF
WAYNESBORO, MISSISSIPPI, SOUTH MISSISSIPPI
NARCOTICS TASK FORCE; JASON COOK, in his official
and individual capacities; BRENT PURSELL, in his official
and individual capacities; and JOHN and JANE DOES 1-16**      **DEFENDANTS**

### AGREED ORDER OF DISMISSAL

This day this cause came on to be heard on Motion *ore tenus* of the Plaintiff, Rodney B. Gaines, and Defendant, City of Waynesboro, Mississippi, to voluntarily dismiss the City of Waynesboro from this matter without prejudice and the Court, having considered the same, and it being made known to the Court that the Parties are in agreement thereto, finds that said motion is well taken.

IT IS, THEREFORE, ORDERED, that the City of Waynesboro, Mississippi is dismissed without prejudice from the above-referenced matter.

SO ORDERED, this the 1st day of May, 2007.

                                        /S/ TOM S. LEE
                                        UNITED STATES DISTRICT COURT JUDGE

**Approved by:**

**/s/ William R. Allen**
**Robert O. Allen, Esq.**
**William R. Allen, Esq.**
*Attorneys for Defendant, The City of Waynesboro, Mississippi*

**/s/ Margaret Holmes, Esq.**
**Margaret Holmes, Esq.**
*Attorney for Plaintiff*